UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY (TRENTON)

---

Bryan De Windt,   CASE NO.: 3:21-cv-20331
    Plaintiff,

vs.

Barclays Bank Delaware,
    Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT BARCLAYS BANK DELAWARE**

---

Plaintiff Bryan De Windt ("Plaintiff"), by counsel, and Defendant Barclays Bank Delaware ("Barclays"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Barclays should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                            Respectfully submitted,

Date: June 2, 2022                      /s/ Maksim Reznik
                                        Maksim Reznik, Esq.
                                        30 Wall Street, 8th Floor #741
                                        New York, NY 10005
                                        Telephone:  866-249-1137
                                        Fax:  877-366-4747
                                        E-Mail:  Maksim.r@gitmeidlaw.com

                                        *Counsel for Plaintiff Bryan De Windt*

Date: June 2, 2022                      /s/Jonathan Marmo
                                        Jonathan Marmo, Esq.
                                        Holland & Knight, LLP
                                        2929 Arch Street, Suite 800
                                        Philadelphia, PA 19104
                                        Telephone: (215) 252-9568
                                        E-Mail: Jonathan.marmo@hklaw.com

                                        *Counsel for Defendant Barclays Bank Delaware*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (TRENTON)**

---

Bryan De Windt,
    Plaintiff,

CASE NO.: 3:21-cv-20331

vs.

Barclays Bank Delaware,
    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE AS TO**
**DEFENDANT BARCLAYS BANK DELAWARE**

---

Plaintiff Bryan De Windt, by counsel, and Defendant Barclays Bank Delaware, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Barclays Bank Delaware, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Bryan De Windt against Defendant Barclays Bank Delaware are dismissed, with prejudice. Plaintiff Bryan De Windt and Defendant Barclays Bank Delaware shall each bear their own costs and attorneys' fees.

Date: _____   _____
                                                    JUDGE, United States District Court,
                                                    District of New Jersey (Trenton)

DISTRIBUTION TO:

| Maksim Reznim, Esq. | Jonathan Marmo, Esq. |
| Maksim.r@gitmeidlaw.com | Jonathan.marmo@hklaw.com |