# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRYAN DE WINDT,<br><br>Plaintiff,<br><br>vs.<br><br>BARCLAYS BANK DELAWARE, EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>Defendants. | Case No. 3:21-cv-20331 (MAS) (TJB)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i) AS TO DEFENDANT TRANSUNION, LLC** |

Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the attorneys of record for the Plaintiff in the above-entitled action state: that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action is voluntarily dismissed, with prejudice, against defendant TransUnion, LLC.

Dated: October 10, 2022

**LAW OFFICES OF ROBERT S. GITMEID & ASSOC., PLLC**

/s/ Maksim Reznik
Maksim Reznik, Esq.
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel.: (866) 249-1137
Email: maksim.r@gitmeidlaw.com
*Attorneys for Plaintiff Natalia Arteaga*

So Ordered this 11th day of October, 2022.

_____
**Honorable Michael A. Shipp, U.S.D.J.**